## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: ADOPTION OF B.C.B., A MINOR | : No. 143 WAL 2018 |
| | : |
| | : |
| | : |
| PETITION OF: L.C.B., NATURAL FATHER | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.